RAY S. SMITH v. INTERNATIONAL AGRICULTURAL
CORPORATION ET AL.

(Filed 10 January, 1934.)

**Mortgages H b—**

Judgment continuing to final hearing a temporary order restraining foreclosure of mortgage upon real dispute as to the accuracy of description and the amount secured by the mortgage is affirmed on authority of *Parker Co. v. Bank*, 200 N. C., 441.

APPEAL by defendants from *Moore, Special Judge,* at March Term, 1933, of WAYNE.

Civil action to restrain foreclosure of deed of trust until the accuracy of the description of the lands intended to be conveyed thereby can be ascertained, and the amount of the debt secured thereby can be determined—there being a dispute as to the correctness of both.

From a judgment continuing the temporary restraining order to the final hearing, the defendants appeal.

*W. A. Dees for plaintiff.*
*Wyatt E. Blake for defendant corporation.*

PER CURIAM. Affirmed on authority of *Parker Co. v. Bank,* 200 N. C., 441, 157 S. E., 419, *Wilson v. Trust Co., ibid.,* 788, 158 S. E., 479, and *Broadhurst v. Brooks,* 184 N. C., 123, 113 S. E., 576.

Affirmed.

———

J. C. MALLARD v. ÆTNA LIFE INSURANCE COMPANY.

(Filed 10 January, 1934.)

CIVIL ACTION, before *Harris, J.,* at March Term, 1933, of DUPLIN.

The evidence tended to show that on 24 March, 1924, the defendant issued and delivered to the plaintiff a certain policy of insurance, providing that: "If the insured becomes totally and permanently disabled and is thereby prevented from performing any work or conducting any business for compensation or profit, . . . the company will, if there has been no default in the payment of premiums, waive the payment of all premiums falling due during such disability after the receipt of such proof;